UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARITZ HOLDINGS INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,<br><br>       Defendant. | Case No. 4:18-cv-00826-CDP |

## DECLARATION OF RONALD J. TENPAS

I, Ronald J. Tenpas, declare as follows:

1. I represent Defendant Cognizant Technology Solutions U.S. Corporation ("Cognizant") in the above-captioned action, and submit this declaration in support of Cognizant's Memorandum of Law in Support of Its Motion to Dismiss Maritz' Complaint for Failure to State a Claim Upon Which Relief Can Be Granted.

2. I am an attorney admitted *pro hac vice* to the Bar of this Court.  I am a Partner at Morgan, Lewis & Bockius LLP, attorneys of record for Defendant Cognizant.  *See* ECF No. 14.

3. The Offshore Contracting Master Services Agreement ("MSA") at issue in this litigation was attached to Plaintiff Maritz Holdings Inc.'s Complaint as Exhibit 1.  *See* ECF No. 1.  Maritz was granted leave to file the MSA under seal. ECF No. 10.

4. The MSA (ECF No. 11) provides that Cognizant and "Maritz will develop and enter into one or more Statements of Work . . . incorporating a description of the specific Outsourced Services requested by Maritz."  *Id.* at § 4.1.

1

5. Attached to this declaration are true and correct copies of executed versions of Statements of Work Cognizant and Maritz entered into under the MSA.

6. Attached hereto as Exhibit A is a true and correct copy of the Statement of Work associated with the "Maritz Travel Support" project dated January 1, 2017. This Statement of Work incorporates by reference the provisions of the MSA.

7. Attached hereto as Exhibit B is a true and correct copy of the Statement of Work associated with the "MaritzCX – Development, Support and Testing" project dated January 1, 2017.  This Statement of Work incorporates by reference the provisions of the MSA

8. Attached hereto as Exhibit C is a true and correct copy of the Statement of Work associated with the "Maritz Motivation Solutions Engagement" project dated July 1, 2016.  This Statement of Work incorporates by reference the provisions of the MSA.

9. Attached hereto as Exhibit D is a true and correct copy of the Statement of Work associated with the "Maritz Enterprise Applications Services (EAS) Support" project dated January 1, 2017.  This Statement of Work incorporates by reference the provisions of the MSA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2018              /s/ Ronald J. Tenpas
                                           Ronald J. Tenpas

**CERTIFICATE OF SERVICE**

      I certify that on September 4, 2018, a true copy of the foregoing was served by the ECF e-filing system on the following:

    Brian A. Lamping
    blamping@thompsoncoburn.com
    Jan P. Miller
    jmiller@thompsoncoburn.com
    Kristen E. Sanocki
    ksanocki@thompsoncoburn.com
    Thompson Coburn, LLP
    One US Bank Plaza
    505 N. 7th Street
    St. Louis, MO 63101

                                    /s/  *Ronald J. Tenpas*
                                    Ronald J. Tenpas