UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARITZ HOLDINGS INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COGNIZANT TECHNOLOGY )<br>SOLUTIONS U.S. CORPORATION, )<br>)<br>Defendant. ) | Case No. 4:18-CV-00826-CDP |

## CONSENT MOTION TO CONTINUE RULE 16 CONFERENCE

COMES NOW Defendant Cognizant Technology Solutions U.S. Corporation, by and through its undersigned counsel, and for its Consent Motion to Continue Rule 16 Conference states, as follows:

1. This case is currently set for a Rule 16 Conference on Wednesday, February 5, 2020 at 10:30 a.m.  (Doc. #32)

2. With the consent of Plaintiff's counsel, Defendant seeks to continue the Rule 16 Conference currently set on February 5, 2020 to either March 12 or March 13, 2020.

3. Defendant's request is not made for the purpose of delay, and no party will be prejudiced by the Court's granting of this request.

WHEREFORE, the Defendant respectfully requests that this Court grant its Consent Motion to Continue Rule 16 Conference until either March 12 or March 13, 2020.

1

Dated: January 28, 2020

Respectfully submitted,

**DOWD BENNETT LLP**

By: */s/ James G. Martin*
James G. Martin    #33586MO
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)
jmartin@dowdbennett.com

and

**VINSON & ELKINS LLP**

By: Ronald J. Tenpas *(admitted pro hac vice)*
Crystal Y. Stapley *(admitted pro hac vice)*
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, DC 20037
(202) 639-6791 (telephone)
(202) 879-8981 (facsimile)
rtenpas@velaw.com
cstapley@velaw.com

*Attorneys for Defendant Cognizant
Technology Solutions U.S. Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2020, the foregoing was filed using the CM/ECF system which will automatically provide notice to all attorneys of record by electronic means.

. */s/ James G. Martin*