UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARITZ HOLDINGS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COGNIZANT TECHNOLOGY ) <br> SOLUTIONS U.S. CORPORATION, ) <br> ) <br> Defendant. ) | Case No. 4:18 CV 826 CDP |

## ORDER

**IT IS HEREBY ORDERED** that the parties' joint motion to continue [45] is granted and the Scheduling Conference pursuant to Fed.R.Civ.P. 16 is **reset** from Wednesday, February 5, 2020 at 10:30 a.m. **to Thursday, March 12, 2020 at 10:30 a.m.** in my chambers.   The joint proposed scheduling plan is now due on or before **March 5, 2020**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of January, 2020.