UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARITZ HOLDINGS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:18-cv-00826 |
| ) | |
| COGNIZANT TECHNOLOGY SOLUTIONS ) | |
| U.S. CORPORATION, ) | |

**CONSENT MOTION TO CONTINUE RULE 16 CONFERENCE**

Plaintiff Maritz Holdings Inc. ("Maritz"), by and through its undersigned counsel, and for its Consent Motion to Continue Rule 16 Conference, states as follows:

1. This case is currently set for a Rule 16 conference on March 12, 2020.  *See* Dkt. No. 47.

2. Due to the travel schedule of counsel for Maritz, Maritz seeks to continue the Rule 16 Conference set on March 12, 2020 to the morning of March 20, 2020.

3. Counsel for Defendant Cognizant Technology Solutions U.S. Corporation consents to continuing the Rule 16 Conference from March 12, 2020 to the morning of March 20, 2020.

4. This requested continuance is made in good faith and not for purposes of delay.

WHEREFORE Plaintiff Maritz Holdings Inc. respectfully requests that this Court grant its Consent Motion to Continue Rule 16 Conference until the morning of March 20, 2020.

Dated: February 21, 2020

                                                Respectfully submitted,

                                                THOMPSON COBURN LLP

                                                By: */s/ Brian A. Lamping*
                                                    Jan Paul Miller, #58112MO
                                                    Brian A. Lamping, #61054MO
                                                    Kristen E. Sanocki, #67375MO
                                                    One US Bank Plaza
                                                    St. Louis, Missouri  63101
                                                    314-552-6000
                                                    FAX 314-552-7000
                                                    jmiller@thompsoncoburn.com
                                                    blamping@thompsoncoburn.com
                                                    ksanocki@thompsoncoburn.com

                                               *Attorneys for Plaintiff Maritz Holdings Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on February 21, 2020, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.

                                                */s/ Brian A. Lamping*